DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRONE CORIN CHURCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D23-961
_____

February 28, 2024

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews, Judge.

Brooke Elvington, Dunedin, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.